William H. Kouwenhoven, Respondent, v. Electa Gifford and Others, Appellants.— Motion denied, without costs, on the ground that no final order has been entered herein from which an appeal lies to the Court of Appeals without permission from this court. (Code Civ. Proc. § 190.) Present — Jenks, P. J., Hirschberg. Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Raffaele Pisano, Appellant.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Charles Rosenberg, Respondent, v. Max Halpert, Appellant.— Motion denied on condition that the defendant perfect his appeal, place the case upon the next calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Stoller & Cook Company, Respondent, v. Vennette F. Pelletreau & Company, Appellant.— Motion to open default granted; motion to dismiss appeal denied on payment of ten dollars costs by the appellant, on condition that defendant perfect its appeal, place the case upon the next calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Morris Arnowitz, Appellant, v. William Diamondstein and David Levy, Respondents.— Motion granted, on condition that the petitioner file a bond, approved by one of the justices of this court, within ten days, to secure the payment of the fine; otherwise motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg. Burr, Woodward and Rich, JJ.

Abraham Berliner and Marcus Berliner, Appellants, v. Sidney Jackier, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that on the uncontradicted evidence defendant was personally liable. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Abner T. Bowen, Appellant, v. Alfred L. Norris and Others, Surviving Partners of the Firm of Jas. H. Oliphant & Co., Respondents.— Order modified on argument, and as modified affirmed, without costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred. Settle order before the presiding justice.

Alberto de Verastegui, Respondent, v. Lucien Levy, Appellant, Impleaded with Bertie Levy and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Henry Doscher and Others, as Executors, etc., of Claus Doscher, Deceased, Respondents, and Gesine Engel, as Executrix, etc., of Claus Doscher, Deceased, Appellant, v. Edward W. Lauer and Others, Defendants.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

A. Lincoln Gilmour, Respondent, v. The Flatbush Amusement Company, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.